*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 12/20/2013



SC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
MARKUS E NETHERTON )
119 BATE AVE ) CASE NO. 13-03498-RM3-13
GALLATIN, TN 37066 )
) JUDGE RANDAL S MASHBURN
)

SSN XXX-XX-6962

## ORDER TO DISALLOW CLAIM OF
## US BANK NA (PAYEE CARRINGTON MORTGAGE SERVICES) COURT'S CLAIM #3

The name of the creditor on the face of the proof of claim is not supported by the documents attached;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed.

Creditor Name: US BANK NA (payee CARRINGTON MORTGAGE SERVICES)
Court's Claim Number: 3
Account Number: xxxxxxxx6102

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.