*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 3/13/2014



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: | Case No. 13-03498-RSM |
| Markus E Netherton, | Chapter 13 |
| Debtor. | Judge Randal S. Mashburn |

### ORDER

This matter was scheduled to be heard on February 12, 2014 upon the Motion to Reconsider Order Granting Trustee's Motion to Disallow a proof of claim asserted on behalf of Carrington Mortgage Services, LLC as servicer for U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-7 (hereinafter referred to as Carrington Mortgage Services, LLC), designated as claim 3 on the Court's claims register.

Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED, that the Order Disallowing Claim No. 3 is vacated and Claim No. 3 shall be allowed.

This order was signed and entered electronically as indicated at the top of the first page

APPROVED FOR ENTRY:

/s/ Bonnie Culp
Bonnie Culp (014741)
Attorney for Carrington Mortgage Services, LLC as servicer for unknown
Law Offices of Shapiro & Kirsch, LLP
555 Perkins Road Extended, Second Floor
Memphis, TN 38117
Phone: 615-738-8400
Fax: (901) 767-8890
bculp@logs.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.