## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              CASE NO. 13-03498-RM3-13

MARKUS E NETHERTON
119 BATE AVE
GALLATIN, TN  37066
SSN XXX-XX-6962

## ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT
## PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

Payroll debtor 1 to increase from **$798.46** BI-WEEKLY to **$848.00** BI-WEEKLY

The continuing **mortgage** payment made to **CARRINGTON MORTGAGE SERVICES** shall increase from **$1,002.10 to $1,170.86** beginning with the **06/14** disbursement.

The base shall **increase from $103,800.00 to $112,385.**

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III                    THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III                         ELECTRONICALLY AS INDICATED AT THE TOP
CHAPTER 13 TRUSTEE                               OF THE FIRST PAGE.
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

**NOTICE TO:**

MARKUS E NETHERTON  119 BATE AVE, GALLATIN, TN  37066

DARRELL TROUTT  127 SOUTH WATER AVE, GALLATIN, TN  37066

CARRINGTON MORTGAGE SERVICES 1610 EAST SAINT ANDREWS PL STE B150, SANTA ANA, CA  92705

SHAPIRO AND KIRSCH 555 PERKINS ROAD EXTENDED 2ND FLOOR,  MEMPHIS, TN  38117

**AFFECTED CREDITORS**